AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

　　　　　EASTERN　　　　　　DISTRICT OF　　　　　　OKLAHOMA

HOSEA J. JONES,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:　　CIV-07-80-JHP-KEW

BRUCE HOWARD, Warden

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

　　　This action is, in all respects, DISMISSED.

| | |
|---|---|
| 1/25/2010 | WILLIAM B. GUTHRIE |
| Date | Clerk |
| | s/ C.Trzcinski |
| | (By) Deputy Clerk |